**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **VETNIQUE LABS LLC**, an Illinois limited liability company, | ) ) ) | |
| | ) | Case No. 1:24-cv-05199 |
| Plaintiff, | ) ) | |
| | ) | Hon. Steven C. Seeger |
| v. | ) ) | |
| **DANIEL RAMIREZ**, a natural person, and **JOHN DOES 1-10**, individually or as corporations/business entities, | ) ) ) ) | |
| Defendants. | ) | |

**AGREED MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT
AND PERMANENT INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Vetnique Labs LLC ("Plaintiff") submits this agreed motion for entry of stipulated final judgment and a permanent injunction. In support, Plaintiff states as follows:

1. Plaintiff filed its complaint in this action on June 21, 2024. (Dkt. No. 1.)

2. On June 26, 2024, Plaintiff served Daniel Ramirez ("Defendant") with a copy of Plaintiff's complaint and the Court's summons. In the following weeks, Defendant contacted Plaintiff and discussed a potential settlement.

3. Plaintiff and Defendant (collectively, "the Parties") have now reached an agreement on settlement terms that will resolve this case in full. The Parties' settlement is conditioned on the Court entering the proposed Stipulated Final Judgment and Permanent Injunction that has been

submitted with this motion. Each of the Parties has agreed to the terms in the proposed Stipulated Final Judgment and Permanent Injunction.

4. Accordingly, Plaintiff hereby requests that this Court enter the proposed Stipulated Final Judgment and Permanent Injunction that has been submitted with this Motion and retain jurisdiction over this matter only for the purpose of enforcing and/or adjudicating claims that a party has violated the Stipulated Final Judgment and Permanent Injunction.

5. Through a separate filing, Plaintiff has dismissed Defendants John Does 1-10 from this action without prejudice. Accordingly, entering the proposed Stipulated Final Judgment and Permanent Injunction will resolve all remaining claims and allow for closure of this case.


Dated: August _22_, 2024

_/s/ Daniel C.F. Wucherer_
Daniel C.F. Wucherer
VORYS, SATER, SEYMOUR AND PEASE LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
Tel: (513) 723-4093
dcwucherer@vorys.com

Matthew Jason Singer
MATT SINGER LAW, LLC
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
Tel: (312) 248-9123
matt@mattsingerlaw.com

**_Attorneys for Plaintiff Vetnique Labs LLC_**

Respectfully submitted,

_/s/_
Daniel Ramirez
11139 Chimineas Avenue
Porter Ranch, CA 91326
Tel: (818) 661-0363
daniel@vedaexpress.com

**_Defendant_**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 22, 2024, a copy of the foregoing was emailed and mailed

by U.S. Mail to defendant Daniel Ramirez at the following address and email address:

Daniel Ramirez
11139 Chimineas Avenue
Porter Ranch, CA 91326
daniel@vedaexpress.com

*/s/ Daniel C.F. Wucherer*
Daniel C.F. Wucherer